

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00285-CV

**MEDICAL IMAGING SOLUTIONS GROUP, INC. OF TEXAS**,
Appellant

v.

**WESTLAKE MEDICAL OF AUSTIN, LTD**. d/b/a The Hospital at Westlake Medical Center,
WLMA, LC, Westlake Surgical, LP d/b/a/ The Hospital at Westlake and WS GP, LLC,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI06112
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On June 26, 2017, Appellant Medical Imaging Solutions Group Inc. of Texas filed a petition to review and access sealed records, specifically the clerk's record, volume 3. On July 24, 2017, Appellant filed a certificate of conference indicated that he conferred with counsel for Appellees Westlake Surgical LP d/b/a The Hospital at Westlake and WS GP, LLC, and that counsel for both parties agree the parties "should and need access to the sealed records that are part of the Clerk's Record filed in this matter." Accordingly, Appellant's motion is GRANTED, and the attorneys are directed to contact the Clerk of this court to make arrangements to review the sealed record. All parties and their attorneys are ORDERED: (1) to fully comply with the instructions provided by the Clerk of this court regarding their access to the sealed record; and (2) not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event Appellant or Appellees reference the sealed record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.



Luz Estrada
Chief Deputy Clerk